UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INDICTMENT FOR CONSPIRACY TO COMMIT WIRE AND
MAIL FRAUD, FOR WIRE FRAUD AND MAIL FRAUD
FOR USE OF A FICTITIOUS NAME TO PROMOTE MAIL
FRAUD, AND FOR FALSELY MAKING A BILL OF LADING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. **86 - 137** |
| V. | * | SECTION: **SECT. 1 MAG. 3** |
| ALEXANDER HENRI LEGAULT | * | VIOLATION: 18 U.S.C. §371 |
| a/k/a Walter Roy Barr | | 18 U.S.C. §1341 |
| a/k/a Paul Dietrich | * | 18 U.S.C. §1342 |
| | * | 18 U.S.C. §1343 |
| | | 18 U.S.C. §2 |
| | | 49 U.S.C. §121 |
| * * * | | |

### COUNT 1

A.  **AT ALL TIMES MATERIAL HEREIN:**

1.  ALEXANDER HENRI LEGAULT was acting under the assumed names of Walter R. Barr and Paul Dietrich.

2.  Alphonse Joseph Demots, Jr., referred to as Demots, was acting under the assumed names William J. Noon and Paul Dietrich and was a co-conspirator with ALEXANDER HENRI LEGAULT.

3.  Southern Federated Cooperatives, Inc. was a company operated by defendant ALEXANDER HENRI LEGAULT under his assumed names Walter R. Barr and Paul Dietrich, and by Demots under his assumed names William J. Noon and Paul Dietrich, which company operated as the seller of goods to be shipped in foreign commerce.

4.  Century Investments was a company operated by defendant ALEXANDER HENRI LEGAULT under his assumed name Walter

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INDICTMENT FOR CONSPIRACY TO COMMIT WIRE AND
MAIL FRAUD, FOR WIRE FRAUD AND MAIL FRAUD
FOR USE OF A FICTITIOUS NAME TO PROMOTE MAIL
FRAUD, AND FOR FALSELY MAKING A BILL OF LADING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. |
| V. | * | SECTION: |
| ALEXANDER HENRI LEGAULT | * | VIOLATION:  18 U.S.C. §371 |
| a/k/a Walter Roy Barr | | 18 U.S.C. §1341 |
| a/k/a Paul Dietrich | * | 18 U.S.C. §1342 |
| | * | 18 U.S.C. §1343 |
| | | 18 U.S.C. §2 |
| | * * * | 49 U.S.C. §121 |

## COUNT 1

A.  AT ALL TIMES MATERIAL HEREIN:

1.  ALEXANDER HENRI LEGAULT was acting under the assumed names of Walter R. Barr and Paul Dietrich.

2.  Alphonse Joseph Demots, Jr., referred to a‚ Demots, was acting under the assumed names William J. Noon and Paul Dietrich and was a co-conspirator with ALEXANDER HENRI LEGAULT.

3.  Southern Federal Cooperatives, Inc. was a company operated by defendant ALEXANDER HENRI LEGAULT under his assumed names Walter R. Barr and Paul Dietrich, and by Demots under his assumed names William J. Noon and Paul Dietrich, which company operated as the seller of goods to be shipped in foreign commerce.

4.  Century Investments was a company operated by defendant ALEXANDER HENRI LEGAULT under his assumed name Walter R.

Barr and Paul Dietrich, and by Demots under his assumed names
William J. Noon and Paul Dietrich.

      5.   General Authorities for Supply Commodities
(Government of Egypt) was the Egyptian agency in charge of
arranging the purchase of frozen chickens through Altoun Middle
East, Limited.

      6.   Altoun Middle East, Limited, of Cyprus with London,
England Offices, was a company acting as an agent for Southern
Federated Cooperatives, Inc. in its negotiations with General
Authorities for Supply Commodities (Government of Egypt) for the
sale of frozen chickens.

      7.   Bank Misr of Egypt was the banking institution
responsible for extending the Egyptian Government a letter of
credit which provided financing for the purchase of these frozen
chickens.

      8.   Chemical Bank of London, England was the banking
institution responsible for actually paying the purchase price of
the frozen chickens to the seller, Southern Federated
Cooperatives, Inc. and Bank Misr was to repay Chemical Bank for
this disbursement of funds.

      9.   Lloyds Bank International, Limited has a financial
institution in the Grand Cayman Islands.

B.   <u>THE CONSPIRACY</u>:

      Beginning in or about January, 1981, and continuing
through July, 1981, in the Eastern District of Louisiana and
elsewhere, defendant ALEXANDER HENRI LEGAULT a/k/a Walter Roy Barr

- 2 -

a/k/a Paul Dietrich, Alphonse Joseph Demots, Jr. a/k/a William J.
Noon a/k/a Paul Deitrich, and other persons known and unknown to
the Grand Jury, knowingly and intentionally did combine, conspire
confederate, and agree together and with each other, to devise a
scheme and artifice to defraud and to obtain money by means of
false and fraudulent pretenses, representations, and promises,
from Chemical Bank, Altoun Middle East, Limited, General
Authorities for Supply Commodities (Government of Egypt) and Bank
Misr of Egypt.  The defendant and others did cause false
representations to be made and false documentation to be presented
to General Authorities for Supply Commodities (Government of
Egypt), Bank of Misr of Egypt, Chemical Bank of London, England,
and Altoun Middle East, Limited to fraudulently demonstrate to the
purchaser of the frozen chickens and the financial institutions
that financed the purchase that Southern Federated Cooperatives,
Inc. had complied with the conditions of sale as established in
the letter of credit.  To further the aforesaid scheme and
artifice to defraud, defendant LEGAULT, Demots, and others:  (1)
did sent (Telex) wire transfers in foreign commerce indicating
that Southern Federated Cooperatives, Inc. would and did comply
with the conditions for the sale of the frozen chickens, as
established in the letter of credit and thereby caused an
interstate wire transfer and deposit of the purchase price, Seven
Million Forty-six Thousand Nine Hundred Forty-three Dollars and
Seventy Cents ($7,046,943.70), to the account of Southern
Federated Cooperatives, Inc. at the Atlantic National Bank of West

- 3 -

Palm Beach, Florida, in violation of Title 18, United States Code, Section 1343, and (2) did cause the use of the United States Mail Service; in violation of Title 18, United States Code, Section 1341.

C.   SCHEME:

Defendant ALEXANDER HENRI LEGAULT, Demots, and others did accomplish this conspiracy in the following ways, means, and manner, among others:

1.   It was a part of the scheme and artifice to defraud that defendant ALEXANDER HENRI LEGAULT and Demots did send Telex messages to various food importers in Middle Eastern countries offering to sell various food stuffs.

2.   It was a further part of the said scheme and artifice to defraud that the defendant and Demots did assume and use false and fictitious names for the purpose of concealing the true identity of those persons operating Southern Federated Cooperatives, Inc. for fraudulent purposes, and that these said false and fictitious names, among others were Walter Roy Barr, William J. Noon and Paul Dietrich.

3.   It was a further part of the said scheme and artifice to defraud that the defendant and Demots would operate Southern Federated Cooperatives, Inc. and Sea Freight Corporation as businesses with successful credentials for consummating the sale of goods for foreign shipment.

4.   it was a further part of the scheme and artifice to defraud that the defendant and Demots did falsify the bill of

- 4 -

lading to fraudulently indicate that as of a certain date a specified quantity of frozen chickens had been loaded aboard certain named vessels with destination to a port in Egypt, though the defendant and Demots had no intentions of supplying the required quantity of frozen chickens.

5.   It was a further part of the scheme and artifice to defraud that the defendant and Demots did provide Chemical Bank of London, England, with fictitious documentation which purported to be (1) an official certificate of a private salvage company assuring the fit condition of the vessels,, (2) an "official" certificate issued by the Islamic Center certifying that the frozen chickens had been slaughtered according to certain Islamic religious rights, and (3) an official veterinarian and survey certificate issued by the United States Department of Agriculture.

6.   It was a further part of the scheme and artifice to defraud that the defendant and Demots, through the use of the above described false documentation, did cause Chemical Bank of London, England to transfer Seven Million Forty-six Thousand Nine Hundred Forty-three Dollars and Seventy Cents ($7,046,943.70) to the account of Southern Federated Cooperatives, Inc. at the Atlantic National Bank of West Palm Beach, Florida.

D.   OVERT ACTS:

In furthering the conspiracy and to accomplish the objects thereof, defendant ALEXANDER HENRI LEGAULT and others

- 5 -

committed the following overt acts, among others, in the Eastern District of Louisiana and elsewhere:

1.   Though maintaining that the office of Southern Federated Cooperatives, Inc. was located at One Canal Place in downtown New Orleans, Louisiana, the defendant did obtain an apartment in Metairie, Louisiana, using the alias Walter R. Barr as the lessee, which apartment was used for the operation of the fraudulent business activities of Southern Federated Cooperatives, Inc.

2.   Using the alias Walter R. Barr and a dummy company, Century Investments, the defendant did obtain a Telex machine capable of telexing information in foreign commerce and the defendant did obtain telephone service in the Metairie apartment. The defendant caused the company leasing the Telex to mail invoices for the rental fees to Century Investments at defendant's Metairie apartment.

3.   The defendant and Demots did utilize the Telex to send messages to various food importers in Middle Eastern countries offering to sell frozen chickens and other food stuffs.

4.   After Altoun Middle East, Limited, informed the defendant and Demots of the interest of a potential buyer in a large quantity of frozen chickens, the defendant and Demots communicated by (Telex) foreign wire transfers and by telephone under the aliases of William J. Noon and Paul Dietrich, to finalize a sales agreement.

5.    The defendant did deliver to the Chemical Bank of
London, England, certain documents as enumerated in paragraphs 4
and 5 of Section C of Count 1 of this Indictment which contained
false and fraudulent information as to the activities performed by
Southern Federated Coooperatives, Inc. in allegedly complying with
the sales agreement.

6.    After causing the false documentation to be
presented to Chemical Bank of London, England, so that it appeared
that Southern Federated Coooperatives, Inc. had complied with the
conditions of the letter of credit, the defendant and Demots did
cause (Telex) wire transfers to be made through banking channels
resulting in the transfer and deposit of Seven Million Forty-Six
Thousand Nine Hundred Forty-Three Dollars and Seventy Cents
($7,046,943.70) to the account of Southern Federated Cooperatives,
Inc. at the Atlantic National Bank in West Palm Beach, Florida
though the conditions of the letter of credit had not been met.

7.    After receipt of Seven Million Forty-Six Thousand
Nine Hundred Forty-Three Dollars and Seventy Cents ($7,046,943.70)
by Southern Federated Cooperatives, Inc., the defendant and Demots
did cause approximately 1.5 million dollars of the funds to be
transferred by wire in foreign commerce to the financial
institution of Lloyds Bank International, Ltd. in the Grand Cayman
Islands.

All in violation of Title 18, United States Code,
Section 371.

- 7 -

## COUNTS 2-4

A.  The allegations contained in paragraphs A(1) through A(9) of Count 1 of this Indictment are realleged and incorporated by reference herein as though specifically set forth.

B.  THE SCHEME:

From in or about January, 1981 through in or about July, 1981, in the Eastern District of Louisiana and elsewhere, defendant ALEXANDER HENRI LEGAULT a/k/a Walter Roy Barr a/k/a Paul Dietrich and Alphonse Joseph Demots, Jr. a/k/a William J. Noon a/k/a Paul Dietrich, and others known and unknown to the Grand Jury, did unlawfully, willfully and knowingly devise and intend to devise a scheme and artifice to defraud and to obtain money by means of false and fraudulent pretenses, representations, and promises, from Chemical Bank, Altoun Middle East, Limited, General Authorities for Supply Commodities (Government of Egypt) and Bank Misr of Egypt.  The defendant and others did cause false representations to be made and false documentation to be presented to Chemical Bank, General Authorities for Supply Commodities (Government of Egypt), Bank Misr of Egypt, and Altoun Middle East, Limited, to fraudulently demonstrate to the purchasers of frozen chicken and the financial institutions financing the purchase that Southern Federated Cooperatives, Inc. had complied with the conditions of sale as established in the letter of credit.

The name in which the scheme and artifice to defraud was carried out is outlined in Section C of Count 1 of this

- 8 -

Indictment, which section is incorporated herein by reference as though fully set forth.

C.   FOREIGN WIRE TRANSFERS:

On or about the below listed dates in the Eastern District of Louisiana, ALEXANDER HENRI LEGAULT and Demots, for the purpose of executing the aforesaid scheme and artifice to defraud and attempting to do so, did knowingly cause the following wire transfers to be made in foreign commerce:

| COUNT | UNITED STATES TELEX NUMBER | DATE | NAME OF INDIVIDUAL ON TELEX | SUBJECT MATTER |
|-------|----------------------------|---------|------------------------------|-----------------|
| 2 | 161766 | 4/21/81 | William J. Noon | Discussion on Letter of Credit |
| 3 | 161766 | 4/21/81 | Paul Dietrich | Discussion on Letter of Credit |
| 4 | 161766 | 4/22/81 | Paul Dietrich | Discussion on Letter of Credit |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNTS 5-7

A.   The allegations contained in paragraphs A (1) through A(9) of Count 1 of this Indictment are realleged and incorporated by reference herein as though specifically set forth.

B.   THE SCHEME:

From in or about January, 1981 through in or about July, 1981, in the Eastern District of Louisiana and elsewhere, defendant ALEXANDER HENRI LEGAULT a/k/a Walter Roy Barr a/k/a Paul

Dietrich, and Alphonse Joseph Demots, Jr. a/k/a William J. Noon
a/k/a Paul Dietrich, and other known and unknown to the Grand
Jury, did unlawfully, willfully and knowingly devise and intend to
devise a scheme and artifice to defraud and to obtain money by
means of false and fraudulent pretenses, representations, and
promises from Chemical Bank, Altoun Middle East, Limited, General
Authorities for Supplies Commodities (Government of Egypt) and
Bank Misr of Egypt.  The defendant and others did cause false
representations to be made and false documentation to be presented
to Chemical Bank, General Authorities for Supply Commodities
(Government of Egypt), Bank Misr of Egypt, and Altoun Middle East,
Limited, to fraudulently demonstrate to the purchasers of frozen
chicken and the financial institutions financing the purchase that
Southern Federated Cooperatives, Inc. had complied with the
conditions of sale as established in the Letter of Credit.

      The manner in which the scheme and artifice to defraud
was carried out is outlined in Section C of Count 1 of this
Indictment, which section is incorporated herein by reference as
though fully set forth.

C. __MAILINGS:__

      On or about the below listed dates in the Eastern
District of Louisiana, ALEXANDER HENRI DEGAULT  and Demots, for
the purpose of executing the aforesaid scheme and artifice to
defraud and attempting to do so did knowingly and willfully cause
the owner of the Telex used to carry out the scheme and artifice
to defraud described above to place invoices for telex rentals in

an authorized depository for mail matter, to be delivered by the
United States Postal Service to Century Investments, to an office
maintained in the Metairie apartment of defendant LEGAULT and
Demots, on the dates specified below:

| COUNT | INVOICE NUMBER | DATE OF MAILING |
|-------|----------------|-----------------|
| 5 | 552615 | 4/5/81 |
| 6 | 562483 | 5/6/81 |
| 7 | 571966 | 6/5/81 |

All in violation of Title 18, United States Code, Sections 1341
and 2.

<u>COUNT 8</u>

A.  The allegations contained in paragraphs A(1) through A(9),
C(1) through C(6), and D(1) through D(7) are realleged and
incorporated by reference herein as though specifically set forth.

B.  <u>FALSE BILL OF LADING:</u>

On or about May 15, 1981, in the Eastern District of
Louisiana, defendant ALEXANDER HENRI LEGAULT a/k/a Walter Roy Barr
a/k/a Paul Dietrich and another person known to the Grand Jury
knowingly and with intent to defraud, did falsely make, alter,
forge and counterfeit a bill of lading purporting to represent
that goods for shipment in foreign commerce had in fact been
loaded "on board" the cargo vessel M/V Snowland on May 15, 1981,
when, in truth and in fact, as the defendant then and there well
knew, said goods had not been loaded on board the M/V Snowland,
said goods purportedly being Five Million Three Hundred
Eighty-four Thousand Four Hundred and Sixty-Two (5,384,462)

- 11 -

kilograms of frozen chickens; all in violation of Title 49, United States Code, Section 121 and Title 18, United States Code, Section 2.

## COUNT 9

A.  The allegations contained in paragraphs A(1) through A(9), C(1) through C(6), and D(1) through D(7) are realleged and incorporated by reference herein as though specifically set forth.

B.  FICTITIOUS NAMES:

From in or about January 1, 1981 through in or about July 1, 1981, in the Eastern District of Louisiana and elsewhere, defendant ALEXANDER HENRI LEGAULT a/k/a Walter Roy Barr, a/k/a Paul Dietrich, for the purpose of conducting, promoting and carrying on by means of the Postal Service the above scheme and artifice to defraud set forth in Count 1 of this Indictment did willfully and knowingly use and assume a fictitious and false name other than his proper name, that is ALEXANDER HENRI LEGAULT used and assumed the fictitious name "Walter R. Barr"; all in violation of Title 18, United States Code, Sections 1342 and 2.

A TRUE BILL:

_Michael Khebet_
F O R E M A N

_John Volz_
JOHN VOLZ
UNITED STATES ATTORNEY

CLERK'S OFFICE
A TRUE COPY

DEC 3 1 2008

C. _Benson_
Deputy Clerk, U. S. District Court
Eastern District of Louisiana
New Orleans, La.

- 12 -

LANCE M. AFRICK
CHIEF, CRIMINAL DIVISION
Assistant United States Attorney


HARRY W. MCSHERRY, JR.
ASSISTANT UNITED STATES ATTORNEY


New Orleans, Louisiana
March 14, 1986

FORM OBD-34
SEP 1978

No. _ _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT _ _ _ _ COURT

EASTERN _ _ _ _ _ _ District of _ LOUISIANA _ _ _ _ _ _

_ _ _ _ _ _ _ _ Division

## THE UNITED STATES OF AMERICA

vs.

ALEXANDER HENRI LEGAULT a/k/a Walter Roy Barr
a/k/a Paul Dietrich

# INDICTMENT

INDICTMENT FOR CONSPIRACY TO COMMIT WIRE AND
MAIL FRAUD AND FOR WIRE FRAUD AND MAIL FRAUD
VIOLATIONS:   18 U.S.C. §371, 18 U.S.C. §1341, §1342
18 U.S.C. §1343, 18 U.S.C. §2, 49 U.S.C. §121

A true bill.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
                                            Foreman.

Filed in open court this _ _ _ _ _ _ _ _ _ _ _ _

of _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _, A.D. 19_ _ _ _ _ _ day

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
                                            Clerk.

Bail, $ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
Assistant United States Attorney

GPO 883 818

AO 442  (Rev. 5/85)  Warrant for Arrest

# United States District Court

**EASTERN** ———————— DISTRICT OF ———— **LOUISIANA** ————————

UNITED STATES OF AMERICA
V.

ALEXANDER HENRI LEGAULT, a/k/a
Walter Roy Barr, a/k/a
Paul Dietrich

## WARRANT FOR ARREST

CASE NUMBER:   CR 86-137
SECTION:   "I" 3

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  <u>ALEXANDER HENRI LEGAULT</u>
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to commit wire and mail fraud, for wire fraud and mail fraud for use
of a fictitious name to promote mail fraud, and for falsely making a bill of lading.

```
                 18:371, 1341
              1342, 1343, 2
in violation of Title   49:121      United States Code, Section(s)
```

LORETTA G. WHYTE
Name of Issuing Officer

CLERK, U.S. DISTRICT COURT
Title of Issuing Officer

Signature of Issuing Officer

NEW ORLEANS, LA.          MAR 14 1986
Date and Location

(By) Deputy Clerk

Bail fixed at $ ————————————   by————————————
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ————————— | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

**U.S. Department of Justice**
United States Marshals Service



# DETAINER
## AGAINST SENTENCED FEDERAL PRISONER
## BASED ON FEDERAL ARREST WARRANT
United States Marshal

*(District)*

Eastern District of Louisiana
500 Poydras Street, C-600
New Orleans, LA 70130 - (504) 589-3681

*(Return Address and Phone)*

*Please type or print neatly*

TO: Clinton Correctional Facility
Route 374, Cook Street
P.O. Box 2000
Dannemora, New York 12929-2000
(518) 492-2511 (Clinton County)

DATE: 12/29/2008

SUBJECT: Alexander Henri Legault

AKA: Walter Roy Barr, Paul Dietrich

DOB/SSN: 9-24-49

REF. #

USMS #:

CR #: 86-137

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the  Eastern  District of  Louisiana  has issued an **arrest warrant**(s) charging the subject with the commission of the following offense(s):

Conspiracy to commit wire and mail fraud; wire fraud; mail fraud; Use of fictitious name to promote mail fraud; falsely making a bill of lading.

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act **DO NOT APPLY** to this Detainer. However, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161 0)(1), a person serving a sentence of imprisonment in any penal institution against whom a detainer is lodged (based on pending Federal criminal charges which have not yet been tried) must be advised that a Detainer has been filed and that the prisoner has the right to demand speedy trial on those charges.

Accordingly, please advise the subject that a Detainer has been filed against him/her and that under the Speedy, Trial Act, he/she has the right to demand speedy trial on the charges. If your office does not have an official form for such purposes, the statements contained in this Form below may be used.

### INSTRUCTIONS FOR COMPLETION OF STATEMENTS

1. Please read or show the following to the subject:

"You are hereby advised that a Detainer has been filed against you on (date)  12/29/2008  , on the basis of Federal criminal charges filed against you in the U.S. District Court for the  Eastern  District of  Louisiana
With regard to answering these charges, you are hereby advised that you have the right to demand a speedy trial under the Speedy Trial Act.

If you have any questions regarding the provisions of the Speedy Trial Act, you should contact your attorney or the U.S. Attorney for the _____ District of _____ .

2. Please execute the following:

The foregoing was read to or by subject and a copy of the Detainer was delivered to him on _____

(date)

Signed _____     Title _____

3. Please have the prisoner execute the following:

I have read or have been read the above paragraph notifying me that a Detainer has been lodged against me and that I have the right to demand speedy trial on the charge(s). I (do) (do not) demand a speedy trial on the charge(s). I understand that if I do request a speedy trial, this request will be delivered to the Office of the United States Attorney who caused the Detainer to be filed.

Finally, I understand that if at any time hereafter I desire to demand speedy trial and have not already done so, I can inform my custodian who will then cause the request to be forwarded to the appropriate U.S. Attorney."

_____                    _____
(Witness)                          (Signature of Prisoner and Date)

Alexander H. Legault
(Typed or Printed Name of Prisoner)

4. Please acknowledge receipt of this detainer. In addition, please provide one copy of the Detainer to the prisoner, return one copy of the Detainer to this office in the enclosed self-addressed envelope, and, if the prisoner demands a speedy trial, forward the Detainer together with the Certificate of Inmate Status by registered or certified mail to the U.S. Attorney for the  Eastern  District of  Louisiana
and the U.S. District Court for the  Eastern  District of  Louisiana .

5. If the prisoner does not demand a speedy trial at this time and further elects to demand a speedy trial on the charge (s) at a later date, you should obtain a new set of this Form USM- 17B from the United States Marshal, have the prisoner complete the amended form, and follow the instructions contained in paragraph 4 above.

Your cooperation is greatly appreciated.

| RECEIPT |  |
|---|---|
| Date: | |
| Signed: | |
| By: | |
| Title: | |

Very truly yours,

_____
Signature

For Michael Credo
U.S. Marshal